UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
MAR 15 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gerald Johnson A.K.A )
Edward Stewart )
      Plaintiff )
)
vs. )
)
Judge William Kunkle, ASAS Marina Para, Emily )
Stevens, D. Feltman, W. Erickson, Allen Szudarski, )
K. Magers -#4473, PO Verlisher Syas-#19154, PO D )
Mcnamera-#8332, PO John Heneghan-#13066, PO )
C. Garman-#18705, PO Kenneth Leflore-#17774, )
PO Jennifer Fregeau-#9213, PO Thomas Ryan-2038 )
PO Kenneth Wilkerson-#11196, PO Matthew Sedory )
-#15911, PO Francisco Mendoza-#8138, Detrective )
M. Hennelly-#21003, Detrective John Henry-#20591 )
Detective Roger Murphy-#20681 )

1:16-cv-03335
Judge Edmond E. Chang
Magistrate Judge Jeffrey Cole

      Defendant(s).

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is *Gerald Johnson AKA. Edward Stewart*

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _____, is
(name, badge number if known)

☒ an officer or official employed by __Chicago Police Dept__;
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Cook County__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __09-13-2010__, at approximately __Evening hours__ ☐ a.m. ☒ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of ~~356 West 75th Street~~ __Chicago, Ill__, in the County of __Cook__, State of Illinois, at __356 West 75th Street__,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☒ searched plaintiff or his property without a warrant and without reasonable cause;
☒ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: __Stage and Highly Suggestive, Line Up. Held with No Bond__

2

Consipiracy to Falsely Identify, Falsley, Accuse, Falsley Arrest, Falsley Incarcerate, Arrested without Warrant, — And Malicious Prosecution

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**): _____

_____

8. Plaintiff was charged with one or more crimes, specifically:

Attemted First Degree Murder. etc.
10 counts - Including - :
(ATT) Attempt Murder/Intent to kill - 4 counts
(AGG) Battery W/Firearm/Person     2 counts
(AGG) Battery/Great Bodily Harm     3 counts
(ATT) Attempt Armed Robbery/Armed W/ 1-Count

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

_____

☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Improper police procedure in a warrantless arrest. Being held in custody and subjected to a highly suggestive line up. Arrested without probable cause. Witnesses persuaded to falsely identify me as the assailant by members of the Chicago Police Department. And States Attorney's Office. Being held with NO BOND for over 3yrs. Evidence will show, the Illinois State Prosecutors Office, the Chicago Police Department and Members of the Above, conspired to falsely accuse, arrest, incarcerate, and Identify - together in Malicious Prosecution!

11. Defendant acted knowingly, intentionally, ~~willfully and maliciously.~~

12. As a result of defendant's conduct, plaintiff was injured as follows:

Spent over 3 years in Jail with No Bond, which created Mental, Emotional, and physical harm to the Pltff which can never be healed.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Edward Stewart*

Plaintiff's name *(print clearly or type)*: Edward Stewart

Plaintiff's mailing address: 660 Maryland Street

City: Gary  State: Ind.  ZIP: 46402

Plaintiff's telephone number: (773) 879-5646

Plaintiff's email address *(if you prefer to be contacted by email)*: Shannon.Roger@yahoo.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

5